**Carl JACKSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28523.**

Court of Criminal Appeals of Texas.

Oct. 24, 1956.

No attorney for appellant of record on appeal.

Dan Walton, Dist. Atty.; Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is unlawfully passing a forged instrument, with a prior conviction for a like offense alleged to enhance the punishment; the punishment, 5 years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.